AFFIDAVIT OF FACTS

**FILED**

STATE OF ILLINOIS )

)SS:. CASE NO. CR 756

FEB 24 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

COUNTY OF COOK )

1:15-cr-00756-2

    I, Charles William Fears, a Natural born man, living and breathing person in Flesh, Blood, Bone and Body, letting my yes be yes and no be no under oath waving no Power Rights or Immunities, deposes and says by my Notarized Signature that the following is true to the best of my knowledge except as to those matters alleged on the information & belief and as those I beleive them to be true state the following:

    That I am over 18yrs old and competent to state the facts.

(1) THAT, On the date of January 15th 2016 I was arrested for Sex Trafficking of Individual(s) C, A, B, and D by force, fraud, or coercion Title 18, U.S.C, § 1591 (a).

(2) THAT, I do not CONSENT to PERSONAL JURISDICTION of the UNITED STATES DISTRICT COURT in relation to any complaints or claims against me made by the United States of America and Special Agent Helen Dunn of the FBI or by the UNITED STATES OF AMERICA and Sarah E. Streicker and I appear in court relating to these claims not on my own volition but by Force,

Threat, and Coercion.

(3) THAT, FBI Special Agent Helen Dunn, did not state all the facts known to her when submitting her affidavit in support of her criminal complaint. (see paragraph 2)

(4) THAT, there are facts omitted from the affidavit that negate probable cause to arrest me for sex trafficking within the meaning of Chapter 77, Title 18 United States Code, Section 1591 (a).

(5) THAT, the affidavit states in paragraph four that the FBI beginning in or around September 2014, began investigating allegations that Samuel Nichols A/K/A "Buck" and Charles Fears A/K/A "Kash" engaged in sex trafficking of minors by force, fraud, and coercion in the Chicago area and elsewhere, however the affidavit omits the basis of those allegations and who alleged them.

(6) THAT, the FBI investigation was not initiated on the basis of any criminal complaint sworn under penalty of perjury.

(7) THAT, As of this date, there has never been any criminal complaints filed against me by any person claiming to have been kidnapped or otherwise held against their will and forced to commit acts of prostitution.

(8) THAT, there are material false statements in the Facts Supporting Probable Cause in the warrant affidavit.

(9) Advertisements on Backpage.com in the adult "Escorts" section are Not Commercial Sex Advertisements or are otherwise unlawful in any way, Backpage.com's policy prohibits illegal content, their ads are routinely screened by any number of Backpage.com's 1000+ staff members for such prohibited language, phrases, images, and illegal content.

(10) THAT, I do not run, own, or operate a commercial sex trafficking business nor do I partake in any Commercial Sex Trafficking ventures or endevors as repeatedly stated in Helen Dunn's warrant affidavit.

(11) THAT, Sex Trafficking is a variation of Human Trafficking as related to in Chapter 77 of Title 18 Trafficking in persons, Peonage and Slavery. (of the United States Criminal Code Section)

(12) THAT, Human Trafficking in respect to the section and chapter means the transportation and smuggling of people esp. from another country to enforce involuntary servitude in the form of forced prostitution or forced labor, debt bondage, and form of slavery in violation of the 13th Amendment, a Kin to African Slavery.

(13) No persons described to be a victim within the warrant affidavit or indictment number by AUSA Sarah Streicker to be a victim, has been nor claims to have been transported against their will or otherwise smuggled from another country nor

state other than Illinois.

(14) THAT, I Charles Fears, Samuel Nichols, and all of the persons described as victims related herein are citizens and or residents of the State of Illinois.

(15) THAT, the acts complained of in the Affidavit and Indictment all take place in the State of Illinois between citizens of Illinois under Illinois State law.

(16) THAT, the acts complained of within the affidavit and indictment are best described as local prostitution and promoting prostitution (a state level offense), not sex trafficking particularly because the victims whether alleged or real have never been transported from their home state nor sold into bondage or otherwise forced into prostitution.

(17) THAT, the United States of America nor the UNITED STATES OF AMERICA are the actual injured parties in this case and have no standing to bring complaint or claim on behalf of the injured 3rd party pursuant to Article III Section 2 clause 1 of the Federal Constitution.

(18) THAT, the alleged victims herein have never brought complaint nor is there admissable evidence put forth in discovery to support a claim that victims have been subjected to severe Sex Trafficking caused by the defendant(s).

(19) THAT, the persons described herein cannot be described as

victims pursuant to the Trafficking in Victims Protection Act: Chapter 78 of the Title 22 Foreign Relationships and Intercourse. (United States criminal code sections)

(20) THAT, the Trafficking in Victims Protection Act (TVPA) may not be used to preempt State Law.

(21) THAT, I Charles Fears am a living and breathing person, a citizen of the state of Illinois, thus availing the rights and Immunities of the State and my rights to do business there pursuant to Article IV and the 10th and 14th Amendments.

(22) THAT, I am NOT the entity known as CHARLES FEARS also that upon information and belief, that is a fictitious commercial entity, fraudulenty created, solely for the purpose of creating commercial contracts between that entity and the commercial entity known as the UNITED STATES OF AMERICA. I do not consent nor subscribe to such contract, I am not a part to such contract. I do not spell my name that way, I am not a corporation, a member of, nor an affiliate of one, but am a live person residing and doing business solely in the State of Illinois.

(23) THAT, I do not transact business over the internet nor do I derive any revenue from an interstate or international commerce.

(24) THAT, the United States of America nor the UNITED STATES OF AMERICA may not obtain Personal Jurisdiction over me

through any alleged passive or interactive web related activities, I cannot expect to be hailed before a U.S. District Court for my local commercial transactions or advertisements.

(25) THAT, THE UNITED STATES, AUSA Sarah E. Streicker may not maintain case or controversy, nor bring claim or prosecution against my person on behalf of citizens of the State of Illinois pursuant to Article III, Article IV, the 14th Amendment, and the Cook County Law.

(26) THAT, FBI Special Agent Helen Dunn may not initiate or otherwise bring complaint against me on behalf of the State of Illinois nor citizens thereof.

(27) THAT, any facts not refuted in this affidavit by any person or party mentioned herein is deemed conceded.

(28) THAT, the plaintiff in this case does not have Personal Jurisdiction over me, the District Court does not have Original Jurisdiction and I do not consent to the courts Personal Jurisdiction in this case.

(29) THAT, the burden is on the plaintiff to demonstrate Personal Jurisdiction in this action or the criminal complaint must be terminated in favor of the defendant.

(30) THAT, the plaintiff has been served with a motion to dismiss pursuant to Rule 12 of the Federal Rules of Criminal

Procedure.

Dated: January 7, 2017

_Charles Fears_

Charles Fears

Sworn to before me this

7 day of January 2017

_____
Notary Public

OFFICIAL SEAL
MICHAEL WRIGHT
Notary Public - State of Illinois
My Commission Expires Jan 30, 2019

Charles Fears - 50601424
71 W. Van Buren
Metropolitan - MCC
Chicago IL, 60605

CAROL STREAM IL 601

22 FEB 2017



EW
2017 FEB 24 PM 2:07

CLERK
US DISTRICT COURT

Clerk of Courts
Thomas G. Bruton
219 S. Dearborn St.
Chicago IL, 60604

LEGAL MAIL

02/24/2017-29

60604-170299

METROPOLITAN CORRECTIONAL CENTER

71 W. VAN BUREN STREET

CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 02-22-2017